```
First American Title Insurance Company
Attn: Kate Hansen
805 Eleventh St., Suite B
Lakeport, CA 95453



Heart Conscious Church
PO Box 782
Middletown, CA 95461



Heart Conscious Church
18424 Harbin Springs Road
Middletown, CA 95461



Wine Country Land and Ranches
Bobby Dutcher, Broker/Owner
2166 So. Main
Lakeport, CA 95453
```

# United States Bankruptcy Court
## Northern District of California

In re __Diamond J Farms LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Diamond J Farms LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 20, 2020** | **/s/ James A. Shepherd** |
| Date | **James A. Shepherd 264400** |
| | Signature of Attorney or Litigant |
| | Counsel for __Diamond J Farms LLC__ |
| | Law Offices of James Shepherd |
| | 3000 Citrus Circle |
| | Suite 204 |
| | Walnut Creek, CA 94598 |
| | 925-954-7554 |
| | jim@jsheplaw.com |